IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01927-REB-KLM

WALLACE DUKE, and
SANDRA DUKE,

      Plaintiffs,

v.

H & R BLOCK BANK,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Petition for Temporary Injunction** [Docket No. 2; Filed August 13, 2010] (the "Motion").  The Motion does not contain a certification that it was served upon Defendant as required by Fed. R. Civ. P. 65(a)(1) (requiring notice to the opposing party) and D.C.COLO.LCivR 5.1G. (requiring certificate of service that the motion was served upon opposing party).  Regardless that Plaintiffs are proceeding *pro se*, they are required to comply with the rules of this Court. *Green v. Dorell*, 969 F.2d 915, 917 (10th Cir. 1992).  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** to Plaintiffs refiling their request in compliance with the Federal and Local Rules of Civil Procedure.

      Dated:  August 18, 2010