**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01927-REB-KLM

WALLACE DUKE, and
SANDRA DUKE,

    Plaintiffs,

v.

H & R BLOCK BANK,

    Defendant.

**ORDER ADOPTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#33][1] filed March 8, 2011; and (2) plaintiffs' **Response to Recommendation of United States Magistrate Judge** [#34] filed March 17, 2011. As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, response, and applicable caselaw.

    By their response, plaintiffs agree that their claims, as pleaded, are "unwieldy and without clear focus," and, thus, aver that they accept the magistrate judge's recommendation that those claims be dismissed.[2] They ask, however, that all claims be

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Because plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See Erickson v. Pardus*,

dismissed without prejudice. Thus, they object to the magistrate judge's recommendation to the extent she suggests that plaintiffs' federal law claims be dismissed with prejudice.

The recommendation is detailed and well-reasoned. There is no basis for plaintiffs' request that the federal claims, which are barred by limitations, be dismissed without prejudice, as those claims cannot be refiled in any event. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#33] filed March 8, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Defendant's Motion To Dismiss the Complaint Pursuant to Fed.R.Civ.P. 12(b)(6)** [#16] filed October 13, 2010, is **GRANTED**;

3. That plaintiffs' federal claims under the Truth in Lending Act and the Real Estate Settlement Procedures Act are **DISMISSED WITH PREJUDICE** for failure to state claims on which relief may be granted, specifically, that such claims are barred by the applicable statutes of limitation;

4. That plaintiffs' state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of supplemental jurisdiction;

---

551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

  5. That judgment **SHALL ENTER** on behalf of defendant, H&R Block Bank, and against plaintiffs, Wallace Duke and Sandra Duke, as to plaintiffs' federal claims under the Truth in Lending Act and the Real Estate Settlement Procedures Act; provided, that the judgment as to these claims **SHALL BE** with prejudice; and

  6. That judgment **SHALL ENTER** on behalf of defendant, H&R Block Bank, and against plaintiffs, Wallace Duke and Sandra Duke, as to plaintiffs' state-law causes of action; provided, that such judgment as to these claims **SHALL BE** without prejudice.

  Dated March 22, 2011, at Denver, Colorado.

              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge